# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS D. MCQUEEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No.: 2:14-CV-1201-VEH** |
| | ) |
| **CITY OF BIRIMNGHAM, et al,** | ) |
| | ) |
|     **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 2015, recommending that this action be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 19). The parties were allowed fourteen days from the entry of the findings and recommendation in which to file objections.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that the plaintiff has failed to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, this action is due to be **DISMISSED WITH**

**PREJUDICE**.  Judgment will be entered separately.

**DONE** and **ORDERED** this the 9th day of March, 2015.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge